UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM THOMAS,

                  Plaintiff,                20 **CIVIL** 7520 (PMH)

    -against-                     **JUDGMENT**

JOHN MORLEY, et al.,

                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 9, 2022, Defendants' motions to dismiss are GRANTED and Fullerton is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii); accordingly, this case is closed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Memorandum Opinion and Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**Dated:** New York, New York
         February 9, 2022

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court
                                            BY:
                                                          Deputy Clerk